# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 7/3/2023 |
| Case: 1:23−bk−01477−HWV | Form ID: tele341 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
tr      Lawrence G. Frank      lawrencegfrank@gmail.com
aty      Jerry A. Philpott      PhilpottJ@aol.com

                                                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Zachary Grant Wright      119 Paradise Road      Duncannon, PA 17020
5551542      American First Finance      PO Box 565848      Dallas, TX 75356−5848
5551543      Craig G. Wright      119 Paradise Road      Duncannon, PA 17020−9693
5551544      Kayla E. Lucas      119 Paradise Road      Duncannon, PA 17020
5551545      Kohl's      PO Box 3043      Milwaukee, WI 53201−3043
5551546      Manley Deas Kochalski, LLC      Attn: Katherin M. Wolf, Esquire      PO Box 165028      Columbus, OH 43216−0528
5551547      MidFirst Bank      999 NW Grand Boulevard      Suite 100      Oklahoma City, OK 73118
5551548      My Place Rewards Credit Card      PO Box650964      Dallas, TX 75265−0964
5551549      One Main Financial      PO Box 740594      Cincinnati, OH 45274−0594
5551550      Suburu Motors Finance      PO Box 78232      Phoenix, AZ 85062−8232
5551551      UPMC      PO Box 2353      Harrisburg, PA 17105−2353

                                                                                                       TOTAL: 11