## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Zachary Grant Wright**
**Debtor(s)**

**BK NO. 23-01477 HWV**

**Chapter 7**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.


Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
12 Jul 2023, 12:13:31, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: cfe95c95940c6c724a6992c083ee8c9a04a0b6211859049f27ef09241cae0dfd